CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–mj–00243–CCB</u>–1

Case title: USA v. Williams
Other court case number: 19–493–M USDC, EDPA

Date Filed: 03/27/2019
Date Terminated: 03/27/2019

Assigned to: Magistrate Judge
Christopher C. Bly

### Defendant (1)

**Sean Christopher Williams**
*TERMINATED: 03/27/2019*

represented by **Richard Brooks Holcomb**
Federal Defender Program Inc.–Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404–688–7530
Fax: 404–688–0768
Email: Richard_Holcomb@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343, 1344 and 1028A | |

**Plaintiff**

**USA**                                             represented by **Lynsey Morris Barron**
Office of the United States
Attorney–ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404–581–6381
Email: Lynsey.Barron@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/27/2019 | | 3 | Arrest (Rule 40) of Sean Christopher Williams. (ddm) (Entered: 03/28/2019) |
| 03/27/2019 | 1 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Richard Brooks Holcomb for Sean Christopher Williams. Signed by Magistrate Judge Christopher C. Bly on 3/27/19. (ddm) (Entered: 03/28/2019) |
| 03/27/2019 | 2 | 5 | Minute Entry for proceedings held before Magistrate Judge Christopher C. Bly: Initial Appearance in Rule 5(c)(3) Proceedings as to Sean Christopher Williams held on 3/27/2019. Identity hearing waived. Bond Hearing held and Non–Surety Bond set at $10,000. Bond filed and defendant released. (Tape #FTR) (ddm) (Entered: 03/28/2019) |
| 03/27/2019 | 3 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Sean Christopher Williams. (ddm) (Entered: 03/28/2019) |
| 03/27/2019 | 4 | 8 | Non–Surety Bond Entered as to Sean Christopher Williams in amount of $10,000. (ddm) (Entered: 03/28/2019) |
| 03/27/2019 | 5 | 10 | ORDER Setting Conditions of Release as to Sean Christopher Williams. Signed by Magistrate Judge Christopher C. Bly on 3/27/19. (ddm) (Entered: 03/28/2019) |
| 03/27/2019 | | 13 | Magistrate Case Closed. Defendant Sean Christopher Williams terminated. (ddm) (Entered: 03/28/2019) |
| 03/28/2019 | | 14 | ELECTRONIC Transmittal of Rule 5(c)(3) Documents as to Sean Christopher Williams, sent to the Eastern District of Pennsylvania. (ddm) (Entered: 03/28/2019) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Lynsey Morris Barron (caseview.ecf@usdoj.gov,
freddie.lewis2@usdoj.gov, gaylene.berberick@usdoj.gov, lynsey.barron@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Magistrate Judge Christopher C. Bly
(ganddb_efile_ccb@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9929892@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00243-CCB USA v. Williams Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/28/2019 at 2:25 PM EDT and filed on 3/27/2019

**Case Name:**     USA v. Williams
**Case Number:**     1:19–mj–00243–CCB
**Filer:**
**Document Number:**  No document attached
**Docket Text:**
 **Arrest (Rule 40) of Sean Christopher Williams. (ddm)**

**1:19–mj–00243–CCB–1 Notice has been electronically mailed to:**

Lynsey Morris Barron &nbsp &nbsp Lynsey.Barron@usdoj.gov, CaseView.ECF@usdoj.gov,
Freddie.Lewis2@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:19–mj–00243–CCB–1 Notice has been delivered by other means to:**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 7 2019

James N. Hatten, Clerk
By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO. 1:19-MJ-243

SEAN CHRISTOPHER WILLIAMS,

Defendant.

## ORDER APPOINTING COUNSEL

RICHARD HOLCOMB

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 27th day of March, 2019.

_____
**CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE**

4

# MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)

FILED IN OPEN COURT

DATE: __3/27/19__ @ __10:52__

TAPE: FTR _____

TIME IN COURT: __25 minutes__

MAGISTRATE JUDGE    CHRISTOPHER C. BLY

COURTROOM DEPUTY CLERK:    JAMES JARVIS

CASE NUMBER: __1:19-mj-243__

DEFENDANT'S NAME: __Sean Christopher Williams__

AUSA: __Lynsey Barron__

DEFENDANT'S ATTY: __Richard Holcomb__

USPO / PTR: _____

( ) Retained    ( ) CJA    (✓) FDP    ( ) Waived

X    ARREST DATE __3/27/19__

X    Initial appearance hearing held.

✓ Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.      ✓ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint: held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD. _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed . _____ @ _____

_____ Pretrial hearing set for _____ @ _____ ( )    In charging district.)

✓ Bond/Pretrial detention hearing held.

_____ Government motion for detention ( ) GRANTED    ( ) DENIED

_____ Pretrial detention ordered.    _____ Written order to follow.

✓ BOND set at __$10,000__    ✓ NON-SURETY    _____ SURETY

_____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: __passport to be brought by Friday, 3/29__

✓ Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion ( verbal) to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

_____ See page 2

5

Page 2                          Defendant: _____     Case No.: _____

                                         _____

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits    _____  RETAINED by the Court    _____  RETURNED to counsel

✎ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | GEORGIA |

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER:     1:19-MJ-243

SEAN CHRISTOPHER WILLIAMS

Defendant

CHARGING DISTRICTS
CASE NUMBER:      19-493-M

I understand that charges are pending in the ___EASTERN___ District of ___PENNSYLVANIA___

alleging violation of ___18 U.S.C. § 1343, 1344 and 1028A___ and that I have been arrested in this district and
(Title and Section)

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

taken before a judge, who has informed me of the charge(s) and my rights to:

**MAR 2 7 2019**

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

James N. Hatten, Clerk
By: _____
Deputy Clerk

(2) an identity hearing to determine whether I am the person named in the charges;

(3)      a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)      Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(   ) identity hearing

(   ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
*Defendant*

**March 27, 2019**
*Date*

_____
*Defense Counsel*

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:19-MJ-243 |
| SEAN CHRISTOPHER WILLIAMS | ) | |
| _____ | ) | **FILED IN OPEN COURT** |
| *Defendant* | ) | U.S.D.C. - Atlanta |

## APPEARANCE BOND

**MAR 2 7 2019**

### Defendant's Agreement

James N. Hatten, Clerk
By: *copy*

I, ___SEAN CHRISTOPHER WILLIAMS___ *(defendant)*, agree to follow every order of this Court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;

( X )     if convicted, to surrender to serve a sentence that the court may impose; or

( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $ _____$10,000_____ .

(   ) (3)   This is a secured bond of $ _____ , secured by:

     (   ) (a) $ _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

     _____

     If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

     _____

     _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

# Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond. I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    3/27/2019

_____
*Defendant's signature*

_____
*(1) Surety/property owner – printed name*

_____
*(1) Surety/property owner – signature and date*

_____
*(1) Surety/property owner's address*

_____
*(1) Surety/property owner's city/state/zip*

_____
*(2) Surety/property owner – printed name*

_____
*(2) Surety/property owner – signature and date*

_____
*(2) Surety/property owner's address*

_____
*(2) Surety/property owner's city/state/zip*

_____
*(3) Surety/property owner – printed name*

_____
*(3) Surety/property owner – signature and date*

_____
*(3) Surety/property owner's address*

_____
*(3) Surety/property owner's city/state/zip*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**APPROVED**

Date: 3/27/19

_____
*Signature, United States Magistrate Judge*

9

# UNITED STATES DISTRICT COURT
### *for the*

### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>*v.* )<br> )<br>SEAN CHRISTOPHER WILLIAMS )<br>*Defendant* ) | ***Case No.: 1:19-MJ-243*** |

## *ORDER SETTING CONDITIONS OF RELEASE*

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at: _____

                                                            *Place*

    on _____

                                  *Date and Time*

    If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199B   (Rev. 12/11) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
     Person or organization _____
     Address (only if above is an
     organization) _____
     City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                                 Custodian                    Date

( X )  (7)  The defendant must:
  ( X )  (a)  submit to supervision by and report for supervision to the     () U.S. Pretrial Services (XX) U.S. Probation Office
            telephone number   404-215-1950   ,    () No later than _____   () Before leaving courthouse,  or _____
  ( X )  (b)  continue or actively seek employment.
  ( )  (c)  continue or start an education program.
  ( X )  (d)  surrender any passport to:  your supervising officer by :   **March 29, 2019** , and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party, including minor children.
  ( )  (e)  abide by the following restrictions on personal association, residence, or travel: _____
  ( )  (f)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( )  (g)  get medical or psychiatric treatment:   () as directed by your supervising officers   () _____
  ( )  (h)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( X )  (i)  not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your person.
  ( X )  (j)  not use alcohol ( ) at all ( X ) excessively.
  ( X )  (k)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a medical licensed medical practitioner.
  ( )  (l)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( )  (m)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( )  (n)  participate in one of the following location restriction programs and comply with its requirements as directed.
      ( )  (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
      ( X )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( )  (o)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  ( X )  (p)  report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  ( X )  (p)  restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
  ( X )  (r)  restrict travel to the Eastern District of Pennsylvania for Court appearances
  ( X )  (s)  restrict internet usage   and  not have access to personal identification while at work   **without prior permission from probation officer**
  ( )  (t)  _____

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      *Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.*

      *While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years; if you commit a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) any other sentence you receive.*

      *It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.*

      *If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:*

    (1)  *an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;*

    (2)  *an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;*

    (3)  *any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;*

    (4)  *a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.*

      *A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.*

## Acknowledgment of Defendant

      *I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.*

_____
Signature of Defendant

5304 The Vly
Address

Atlanta, GA          (810) 394-8275
City and State          Telephone

## Directions to United States Marshal

(   )  *The defendant is ORDERED released after processing.*

(   )  *The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.*

Date: _____3/27/2019_____      _____
Signature of Judicial Officer

CHRISTOPHER C. BLY, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Lynsey Morris Barron (caseview.ecf@usdoj.gov,
freddie.lewis2@usdoj.gov, gaylene.berberick@usdoj.gov, lynsey.barron@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Richard Brooks Holcomb (debra_spratt@fd.org,
ganat_ecf@fd.org, richard_holcomb@fd.org), Magistrate Judge Christopher C. Bly
(ganddb_efile_ccb@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:9929925@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00243-CCB USA v. Williams Termination of Magistrate Case
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/28/2019 at 2:30 PM EDT and filed on 3/27/2019

**Case Name:** USA v. Williams

**Case Number:** 1:19–mj–00243–CCB

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Magistrate Case Closed. Defendant Sean Christopher Williams terminated. (ddm)**

**1:19–mj–00243–CCB–1 Notice has been electronically mailed to:**

Lynsey Morris Barron &nbsp &nbsp Lynsey.Barron@usdoj.gov, CaseView.ECF@usdoj.gov,
Freddie.Lewis2@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Richard Brooks Holcomb &nbsp &nbsp Richard_Holcomb@FD.Org, debra_spratt@fd.org,
GANAT_ECF@FD.ORG

**1:19–mj–00243–CCB–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Richard Brooks Holcomb (debra_spratt@fd.org, ganat_ecf@fd.org,
richard_holcomb@fd.org), Lynsey Morris Barron (caseview.ecf@usdoj.gov,
freddie.lewis2@usdoj.gov, gaylene.berberick@usdoj.gov, lynsey.barron@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Magistrate Judge Christopher C. Bly
(ganddb_efile_ccb@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9929935@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00243-CCB USA v. Williams Transmittal of Rule 5(c)(3)
Documents
Content-Type: text/html
```

# U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/28/2019 at 2:32 PM EDT and filed on 3/28/2019

**Case Name:**     USA v. Williams

**Case Number:**     1:19–mj–00243–CCB

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **ELECTRONIC Transmittal of Rule 5(c)(3) Documents as to Sean Christopher Williams, sent to the Eastern District of Pennsylvania. (ddm)**

**1:19–mj–00243–CCB–1 Notice has been electronically mailed to:**

Lynsey Morris Barron &nbsp &nbsp Lynsey.Barron@usdoj.gov, CaseView.ECF@usdoj.gov, Freddie.Lewis2@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Richard Brooks Holcomb &nbsp &nbsp Richard_Holcomb@FD.Org, debra_spratt@fd.org, GANAT_ECF@FD.ORG

**1:19–mj–00243–CCB–1 Notice has been delivered by other means to:**