# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Sean Christopher Williams<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. [UNDER SEAL]<br>19-493-M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Sean Christopher Williams__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bank fraud, in violation of 18 U.S.C. § 1344; wire fraud, in violation of 18 U.S.C. § 1343; and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

Date: 03/26/2019

*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

Honorable Timothy R. Rice, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __3-26-19__, and the person was arrested on *(date)* __3-27-19__
at *(city and state)* __PA__.

Date: __3-27-19__

FBI
*Arresting officer's signature*

*Printed name and title*